IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LEONARD CHARLES HENDRICKS,  )
                            )
    Plaintiff,               )
                            )    CIVIL ACTION NO.
    v.                       )     2:14cv954-MHT
                            )         (WO)
DR. JERRY GURLEY,            )
                            )
    Defendant.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 4) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(3) The motion to proceed in forma pauperis (doc. no. 2) is denied.

(4) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of February, 2015.

                                        /s/ Myron H. Thompson  
                                       UNITED STATES DISTRICT JUDGE