**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **LEONARD CHARLES HENDRICKS,** )<br>　　　　　　　　　　　　　　　 )<br>　　Plaintiff,　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>**DR. JERRY GURLEY,**　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　Defendant.　　　　　　　 ) | **CIVIL ACTION NO.**<br>**2:14cv954-MHT**<br>**(WO)** |

**ORDER**

It is ORDERED that the motion to appoint counsel (doc. no. 15) is denied.

DONE, this the 16th day of March, 2015.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　**UNITED STATES DISTRICT JUDGE**